Dadowski, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 834

Commonwealth v. Cross, Appellant.

Argued November 9, 1976. Ralph T. Forr, Jr., Assistant Public Defender, with him Donald E. Speice, Assistant Public Defender, for appellant; Edward S. Newlin, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 835

Commonwealth v. Espada, Appellant.

Submitted June 14, 1976. David R. Eshelman, Assistant Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.